STATE EX REL., RENE BARTHELEMY, JR.

VERSUS

THE HONORABLE JUDGE OF THE 2ND
PARISH COURT, PARISH OF JEFFERSON

NO. 25-K-385

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

September 10, 2025

Linda Tran
First Deputy Clerk

**IN RE** RENE BARTHELEMY, JR.

**APPLYING FOR** SUPERVISORY WRIT FROM THE SECOND PARISH COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE RAYLYN R. BEEVERS, DIVISION "B", NUMBER S1390414

Panel composed of Judges Stephen J. Windhorst,
John J. Molaison, Jr., and Scott U. Schlegel

**WRIT DENIED**

Relator, Rene Barthelemy, Jr., seeks mandamus relief from this court, because he claims the trial court has not ruled on his motion to quash, which was filed in January 2025. A hearing on relator's motion to quash and trial is scheduled for October 21, 2025. Considering relator's motion is currently set for a hearing, we find that relator is not entitled to the relief requested. We therefore deny this writ.

Gretna, Louisiana, this 10th day of September, 2025.

**SJW**
**JJM**
**SUS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/10/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-K-385**

### E-NOTIFIED
2nd Parish Court (Clerk)
Hon. Raylyn R. Beevers (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Rene Barthelemy, Jr. #375521 (Relator)
Allen Correctional Center
3751 Lauderdale Woodyard Road
Kinder, LA 70648